DAVID B. BARLOW, United States Attorney (#13117)
STANLEY H. OLSEN, Assistant United States Attorney (#2466)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 325-3336
stanley.olsen@usdoj.gov

FILED
U.S. DISTRICT COURT
2012 AUG 13 A 9: 07
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAYKOB T. JENNINGS, <br><br> Defendant. | MISDEMEANOR INFORMATION <br><br> Violation Notice FAVQ0001/U34 <br><br> Simple Possession of a Controlled Substance (21 U.S.C. § 844) <br><br> Magistrate Judge Robert T. Braithwaite |

The United States Attorney Charges:

### COUNT I

On or about the 1st day of June, 2012, in the Northern Division of the District of Utah, on National Forest System Land within Davis County, State and District of Utah,

JAYKOB T. JENNINGS,

the Defendant herein, did possess one or more controlled substances (to wit: 5–(1,1–Dimethylheptyl)–2–[(1R,3S)–3–hydroxycyclohexyl]-phenol, its optical, positional, and geometric isomers, salts and salts of isomers—7297, a.k.a. CP–47,497; 5–(1,1–Dimethyloctyl)–

Case: 1:12-cr-00052
Assigned To : Braithwaite, Robert T.
Assign. Date : 08/13/2012
Description: USA v. Jennings

2-[(1R,3S)-3-hydroxycyclohexyl-phenol], its optical, positional, and geometric isomers, salts and salts of isomers—7298 a.k.a. cannabicyclohexanol and CP-47,497 C8 homologue; 1-Butyl-3-(1-naphthoyl) indole, its optical, positional, and geometric isomers, salts and salts of isomers—7173 a.k.a. JWH-073; 1-[2-(4-Morpholinyl)ethyl]-3-(1-naphthoyl)indole, its optical, positional, and geometric isomers, salts and salts of isomers—7200 a.k.a: JWH-200 and 1-Pentyl-3-(1-naphthoyl)indole, its optical, positional, and geometric isomers, salts and salts of isomers—7118 a.k.a. JWH-018 and AM678), all in violation of 21 U.S.C. § 844 and 21 C.F.R. § 1308.11(g)(1)-(5) and as described in the attached copy of Violation Notice FAVQ0001/U3 with Statement of Probable Cause, which are incorporated by reference and made a part thereof.

DATED this 11th day of August, 2012.

DAVID B. BARLOW
United States Attorney

/s/ STANLEY H. OLSEN
STANLEY H. OLSEN
Assistant United States Attorney

# United States District Court
## Violation Notice

CVB Location Code: U34

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAVQ0001 | ROBINSON | 1877 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 06/01/2012   19:30 | FED   21USC   844 |

Place of Offense: WARD CANYON ROAD (BUCKLAND)

Offense Description: Factual Basis for Charge — HAZMAT ☐
SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE (SPICE)

FAVQ0001

### DEFENDANT INFORMATION

Phone: ( 801 ) 9311288

| Last Name | First Name | M.I. |
|---|---|---|
| JENNINGS | JAYKOB | T |

Street Address: 200 S HWY 89 #15

City: N.

### VEHICLE
VIN:   CMV ☐

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | Forfeiture Amount |
|---|---|
| $25.00 | Processing Fee |
| PAY THIS AMOUNT → | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 350 S. Main Street | 08/30/2012 |
| Salt Lake City, UT 84101 | Time (hh:mm) 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 1, 2012 while exercising my duties as a law enforcement officer in the _____ Judicial District of UT

Pursuant to 16USC 551: While attending a judge approved administrative checkpoint sanctioned by the Utah Division of Natural Resources which was being conducted in the Buckland Flats area of Ward Canyon Road in Davis County on National Forest System Lands, I was asked to check a male for paraphernalia and narcotics after narcotics had been recovered from the driver of the vehicle by some DNR Officers.

I approached the male, later identified as Mr. Jaykob T. Jennings (9/14/92), and asked him if he would come towards me, which he did. I asked Mr. Jennings if he had any illegal narcotics or paraphernalia on his person and he told me that he had nothing illegal on him except some spice. I asked Mr. Jennings where his Spice was located and he said that it was in the vehicle and that he had some in his pocket. I recovered a plastic "one hitter" and a small jar labeled "Black Rain" from Mr. JENNINGS front right pocket. I then recovered a tin yellow "Juicy Fruit" container that had a small glass smoking pipe inside of it. No additional illegal items were recovered at this point.

Mr. JENNINGS was cited for Simple Possession of a Controlled Substance and released on scene with a mandatory court appearance of August 30, 2012 @ 0900hrs.

The foregoing statement is based upon:
MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/01/2012   _[signature]_
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

FAVQ0001

## ADDITIONAL SUBJECT INFORMATION

| Telephone Home | Telephone Work |
|---|---|
| ( 801 ) 9311288 | |

**Business Address**

**Scars, Marks, Tattoos**

**AKA'S**

| Occupation | Clothing |
|---|---|

## ADDITIONAL VEHICLE INFORMATION

| Registered Owner | ☐ Same as driver |
|---|---|
| Stored at | Telephone |

## LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 04 | 19 | 1 | UT | 11 | 04 |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss / ddd:mm:ss)

40° 54' 40" / -111° 49' 26"

**Property (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|

**Resource (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|

**Timber/Other Forest Products (Volume)**

| Contractual | Permit | Theft |
|---|---|---|
| Species | Product | Unit Measure |

## INCIDENT TYPE

DRUG POS/USE

## CASE DISPOSITION

| Case No. | Offense Code | Court Level |
|---|---|---|
| | FED  21USC  844 | |

**Disposition**

| Fine | Suspended Fine | Restitution |
|---|---|---|
| Sentence (Days) | Suspended Sentence (Days) | Probation (Days) |

| Public Service (Hours) | Court Appearance Date (mm/dd/yyyy) |
|---|---|
| | 08/30/2012 |
| Warrant Number | Date Warrant Issued (mm/dd/yyyy) |

| Warrant Bond | Warrant Date of Service (mm/dd/yyyy) | New Case No. |
|---|---|---|